**FILED**

~~PROPOSED~~ ORDER/COVER SHEET

SEP 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TO:** Honorable Maria Elena James
U.S. Magistrate Judge

**RE:** Raymond Foakes

**FROM:** Richard Wieking, Acting Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR06 - 0266

**DATE:** September 9, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Timothy R Elder                    415-436-7519
U.S. Pretrial Services Officer      TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __B__ on __9-25-08__ at __10:00 AM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

DATE: 9-16-08

Cover Sheet (03/26/08)