MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: william.frentzen@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> v. <br> RAYMOND FOAKES et al, <br>    Defendant. | No. CR-06-226-CRB <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the March 13, 2013 hearing date by vacated.

DATED: 2/27/13

Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR-06-226-CRB)

Leave is granted to the government to dismiss the above referenced indictment without prejudice. The parties' next scheduled appearance of March 13, 2013 is hereby vacated.

Date: Feb. 27, 2013

HON. CHARLES BREYER
United States Senior District Judge

2